UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH DIONE WARD,<br><br>　　　Plaintiff<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　Defendant | Case No.: 2:22-cv-02001-APG-DJA<br><br>**Order Granting Motion for Attorney's Fees**<br><br>[ECF No. 27] |

　　　Hal Taylor, on behalf of his client plaintiff Kenneth Ward, moves for an award of his attorney's fees. ECF No. 27.  The Commissioner of Social Security has not opposed.  Under Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion."  The motion is supported by good cause so I grant it.

　　　I ORDER that the plaintiff's motion for attorney's fees **(ECF No. 27) is granted**.  I award Ward an Equal Access to Justice Act counsel fee of $6,006.66.  If Ward has no debt registered with the Department of Treasury subject to offset, the fees will be made payable Ward's attorney Hal Taylor.

　　　DATED this 8th day of July, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE